UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SABLE NETWORKS, INC. AND
SABLE IP, LLC

vs.                                                            Case No.:  6:20-cv-00569-ADA

DELL TECHNOLOGIES INC., DELL INC.,
AND EMC CORPORATION

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Lauren N. Griffin, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Dell Techs. Inc., Dell Inc., EMC Corp. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Alston & Bird LLP with offices at:

   Mailing address: 101 S. Tryon St., Ste. 4000

   City, State, Zip Code: Charlotte NC 28280

   Telephone: (704) 444-1000     Facsimile: (704) 444-1111

2. Since September, 2019, Applicant has been and presently is a member of and in good standing with the Bar of the State of North Carolina. Applicant's bar license number is 54766.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Western District of North Carolina | September, 2019 |
   | Eastern District of Texas | June, 2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Not Applicable.

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
Not Applicable.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
Not Applicable.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael J. Newton

Mailing address: Alston & Bird LLP, 2200 Ross Ave., Ste. 2300

City, State, Zip Code: Dallas, Texas 75201

Telephone: (214) 922-3400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lauren N. Griffin to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Lauren N. Griffin
[printed name of Applicant]

*Lauren N. Griffin*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of July, 2020.

Lauren N. Griffin
[printed name of Applicant]

*Lauren N. Griffin*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SABLE NETWORKS, INC. AND
SABLE IP, LLC
vs.                                                        Case No.: 6:20-cv-00569-ADA
DELL TECHNOLOGIES INC., DELL INC.,
AND EMC CORPORATION

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Lauren N. Griffin, counsel for Dell Techs. Inc., Dell Inc., EMC Corp., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Lauren N. Griffin may appear on behalf of Dell Techs. Inc., Dell Inc., EMC in the above case.

IT IS FURTHER ORDERED that Lauren N. Griffin, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE