IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. and <br> SABLE IP, LLC <br><br> Plaintiffs, <br> v. <br><br> DELL TECHNOLOGIES INC., DELL INC., <br> and EMC CORPORATION, <br><br> Defendants. | § <br> § <br> § <br> § CIVIL ACTION No. 6:20-cv-00569-ADA <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § <br> § |

### ORDER DISMISSING PLAINTIFFS' INDUCED AND WILLFUL INFRINGEMENT ALLEGATIONS AND EXTENDING DELL'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Before the Court is Joint Stipulation to Dismiss Plaintiffs' Induced and Willful Infringement Allegations from the Complaint without prejudice to Plaintiffs' ability to seek discovery relevant to induced infringement and willful infringement, to which Dell reserves its rights to raise appropriate objections, and without prejudice to Plaintiffs amending the complaint to allege induced infringement and/or willful infringement after discovery commences in this action. Also before the Court is Defendants' unopposed request to extend its deadline to answer or otherwise respond to the Complaint until 21 days from the date of this Order.

It is therefore **ORDERED** that Plaintiffs Sable Network, Inc. and Sable IP, LLC's claims of induced infringement and willful infringement are hereby dismissed without prejudice to Plaintiffs amending the complaint to allege induced infringement and/or willful infringement after fact discovery in this action opens.

It is further **ORDERED** that Dell's deadline to answer or otherwise respond to the remaining allegations in the Complaint is 21 days from the date of this Order.

**SIGNED** this 4th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE