```
 1                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3   SABLE NETWORKS, INC.,     ) Docket No. WA 20-CA-569 ADA
     SABLE IP, LLC             )
 4                             )
     vs.                       ) Waco, Texas
 5                             )
     DELL TECHNOLOGIES, INC., )
 6   DELL, INC., EMC           )
     CORPORATION               ) September 24, 2020
 7

 8        TRANSCRIPT OF TELEPHONIC SCHEDULING CONFERENCE
              BEFORE THE HONORABLE ALAN D. ALBRIGHT
 9

10   APPEARANCES:

11   For the Plaintiff:       Mr. Dorian S. Berger
                              Mr. Daniel P. Hipskind
12                            Berger & Hipskind, LLP
                              9538 Brighton Way, Suite 320
13                            Beverly Hills, California 90210

14                            Ms. Elizabeth L. DeRieux
                              Capshaw DeRieux, LLP
15                            114 East Commerce Avenue
                              Gladewater, Texas 75647
16

17   For the Defendant:       Mr. Brady R. Cox
                              Mr. Michael J. Newton
18                            Alston & Bird, LLP
                              Chase Tower
19                            2200 Ross Avenue, Suite 2300
                              Dallas, Texas 75201
20
                              Ms. Emily C. Welch
21                            Alston & Bird, LLP
                              1201 West Peachtree Street,
22                            Suite 4900
                              Atlanta, Georgia 30309
23

24

25
```

1   **(Appearances Continued:)**

2   For the Defendant:        Ms. Lauren N. Griffin
                              Alston & Bird, LLP
3                             101 South Tryon Street,
                              Suite 4000
4                             Charlotte, North Carolina 28280

5   Court Reporter:           Ms. Lily Iva Reznik, CRR, RMR
                              501 West 5th Street, Suite 4153
6                             Austin, Texas 78701
                              (512)391-8792

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Proceedings reported by computerized stenography,
    transcript produced by computer-aided transcription.

| | | |
|---|---|---|
| 14:46:29 | 1 | THE COURT:  Suzanne, do you have the style of the |
| 14:46:30 | 2 | other case? |
| 14:46:31 | 3 | THE CLERK:  Yes, sir. |
| 14:46:31 | 4 | THE COURT:  Okay.  If you would call the other |
| 14:46:33 | 5 | case, please. |
| 14:46:34 | 6 | THE CLERK:  Sure. |
| 14:46:35 | 7 | Telephonic scheduling conference in Civil Action |
| 14:46:38 | 8 | 6:20-CV-569, styled, <u>Sable Networks, Incorporated and</u> |
| 14:46:45 | 9 | <u>Sable IP, LLC vs. Dell Technologies, Incorporated, Dell,</u> |
| 14:46:49 | 10 | <u>Incorporated and EMC Corporation.</u> |
| 14:46:51 | 11 | THE COURT:  Okeydokey.  I am happy to have you |
| 14:46:56 | 12 | all announce again so it's in the same part of the |
| 14:47:00 | 13 | transcript as Suzanne calling the case, please. |
| 14:47:06 | 14 | MR. HIPSKIND:  Thank you, your Honor. |
| 14:47:07 | 15 | This is Daniel Hipskind on behalf of Plaintiff |
| 14:47:11 | 16 | Sable Networks, Inc. and Sable IP, LLC.  And I'm joined by |
| 14:47:14 | 17 | my co-counsel, Dorian Berger and Elizabeth DeRieux.  And |
| 14:47:17 | 18 | we have our client representative, Brooks Borchers, on the |
| 14:47:19 | 19 | line, as well. |
| 14:47:20 | 20 | THE COURT:  I always appreciate it when clients |
| 14:47:23 | 21 | or inhouse counsel take the time to attend these hearings. |
| 14:47:26 | 22 | So thank you very much for attending. |
| 14:47:28 | 23 | And for Dell? |
| 14:47:31 | 24 | MR. NEWTON:  For Dell, your Honor, it's Michael |
| 14:47:35 | 25 | Newton from Alston & Bird.  I have my colleagues, Brady |

| | | |
|---|---|---|
| 14:47:36 | 1 | Cox, Lauren Griffin and Emily Welch.  And then, we, too, |
| 14:47:40 | 2 | have client representatives Tom Brown and Rachael Shen. |
| 14:47:43 | 3 | THE COURT:  Okeydokey.  Is Tom Brown, is he |
| 14:47:49 | 4 | someone who used to work at a law firm? |
| 14:47:52 | 5 | MR. NEWTON:  I believe that is the case. |
| 14:47:54 | 6 | THE COURT:  And was that law firm Fish? |
| 14:47:56 | 7 | MR. NEWTON:  I believe that's the case, as well. |
| 14:47:58 | 8 | THE COURT:  Well, then, I know Mr. Brown.  Mr. |
| 14:48:01 | 9 | Brown, I don't think you've been in front of me before, |
| 14:48:02 | 10 | but welcome.  I hope you're doing well. |
| 14:48:06 | 11 | MR. BROWN:  Thank you, your Honor.  Good to hear |
| 14:48:08 | 12 | from you. |
| 14:48:08 | 13 | THE COURT:  And just for the record, I don't |
| 14:48:10 | 14 | think I've talked to Mr. Brown in a decade, but glad to |
| 14:48:14 | 15 | hear his voice. |
| 14:48:15 | 16 | So if I could hear from counsel as to why -- what |
| 14:48:21 | 17 | issues you might have to have me resolve. |
| 14:48:26 | 18 | MR. HIPSKIND:  Thank you, your Honor.  This is |
| 14:48:27 | 19 | Dan Hipskind for the plaintiffs. |
| 14:48:28 | 20 | We don't have any issues.  I think we're open to |
| 14:48:33 | 21 | a Markman date and a trial date from the Court, and then, |
| 14:48:36 | 22 | we can work with Dell on the proposed scheduling order. |
| 14:48:39 | 23 | But other than requesting those two dates, we don't have |
| 14:48:42 | 24 | any specific issues to raise. |
| 14:48:44 | 25 | THE COURT:  And for Dell? |

| | | |
|---|---|---|
| 14:48:45 | 1 | MR. NEWTON:  Your Honor, Mike Newton. |
| 14:48:47 | 2 | Three things quickly.  Protective order, we've |
| 14:48:50 | 3 | exchanged.  We're working through that.  We'll get that |
| 14:48:52 | 4 | filed, hopefully pretty quickly, a joint order.  We |
| 14:48:55 | 5 | talked, plaintiffs' counsel and I, about moving to |
| 14:48:59 | 6 | transfer.  I understand from Tom Brown in another case |
| 14:49:03 | 7 | that he has with you that you would now like to see |
| 14:49:06 | 8 | opposed motions filed, even if the parties agree. |
| 14:49:08 | 9 | THE COURT:  Correct. |
| 14:49:10 | 10 | MR. NEWTON:  Okay.  So I understand we have two |
| 14:49:12 | 11 | weeks to do that from today.  So we'll get that on file. |
| 14:49:15 | 12 | And then, the third thing is just to want to take |
| 14:49:17 | 13 | your temperature, if you will, on a Markman proposal I |
| 14:49:19 | 14 | made to plaintiff.  I don't think they want to go down |
| 14:49:22 | 15 | this path.  They want to stick with the default schedule. |
| 14:49:24 | 16 | But as you may know, there's a number of these Sable |
| 14:49:29 | 17 | cases:  One against Cisco.  They were filed, I think, two |
| 14:49:31 | 18 | months ahead of the Dell case.  Another case against |
| 14:49:35 | 19 | Juniper maybe filed ten or so days before the Dell case. |
| 14:49:39 | 20 | You have a Markman hearing set for Cisco in -- I believe |
| 14:49:43 | 21 | it's January 14th of 2021.  And for the Juniper case, you |
| 14:49:48 | 22 | set a hearing for February 19th, 2021. |
| 14:49:52 | 23 | Our proposal to the other side was let the Cisco |
| 14:49:56 | 24 | case go and then, consolidate the Dell and Juniper |
| 14:50:02 | 25 | Markmans and move it back maybe three weeks from the Dell |

| | | |
|---|---|---|
| 14:50:04 | 1 | date, which would be mid-March; and that way, we see |
| 14:50:07 | 2 | what's going to happen in Cisco and we don't rebrief terms |
| 14:50:10 | 3 | that don't need to be briefed there.  And there's not a |
| 14:50:13 | 4 | complete overlap of patents between the Cisco case, the |
| 14:50:16 | 5 | Dell case and the Juniper, but there's enough overlap that |
| 14:50:19 | 6 | it might make sense to see how you come out in -- at least |
| 14:50:25 | 7 | in your tentative in January of '21, and then, start our |
| 14:50:29 | 8 | briefing just, you know, a week after that and not waste |
| 14:50:31 | 9 | the Court's time. |
| 14:50:32 | 10 | THE COURT:  Let me ask Mr. Hipskind this.  Would |
| 14:50:36 | 11 | there be any harm to you if I consolidated the two that |
| 14:50:41 | 12 | are currently set and either kept in February or early |
| 14:50:45 | 13 | March -- my first concern is just, is there any reason why |
| 14:50:48 | 14 | we couldn't consolidate those Markmans? |
| 14:50:53 | 15 | MR. NEWTON:  I don't have a problem -- you know, |
| 14:50:54 | 16 | Cisco would be a bit early, but you could consolidate with |
| 14:50:58 | 17 | Juniper, I'd like to move it back to the Dell date, which |
| 14:50:59 | 18 | I said I think comes out on March 11th.  The only thing |
| 14:51:02 | 19 | that we were proposing is maybe so we don't double brief |
| 14:51:05 | 20 | things that we don't need to brief and see what you do in |
| 14:51:07 | 21 | the Cisco Markman in your tentative -- |
| 14:51:07 | 22 | THE COURT:  Right. |
| 14:51:09 | 23 | MR. NEWTON:  -- which would, again, push the |
| 14:51:12 | 24 | briefing about three weeks. |
| 14:51:13 | 25 | THE COURT:  That makes sense to me.  Is there any |

| | | |
|---|---|---|
| 14:51:17 | 1 | opposition to it from anyone? |
| 14:51:20 | 2 | MR. HIPSKIND:  Yes, your Honor.  This is Dan |
| 14:51:22 | 3 | Hipskind for the plaintiffs. |
| 14:51:22 | 4 | I think our only opposition, we're not opposed to |
| 14:51:26 | 5 | the consolidating Dell and Juniper and do a common |
| 14:51:31 | 6 | Markman.  It's just the timing that we would request that |
| 14:51:33 | 7 | we work with us -- with Dell on a schedule where we could |
| 14:51:37 | 8 | keep our February 19th Markman hearing in the Juniper |
| 14:51:41 | 9 | case. |
| 14:51:45 | 10 | MR. NEWTON:  Your Honor, this is Mike Newton, if |
| 14:51:47 | 11 | I may. |
| 14:51:47 | 12 | That kind of defeats the purpose of trying to |
| 14:51:50 | 13 | consolidate them for the purpose of not redoing what's |
| 14:51:52 | 14 | done in Cisco because if we end up briefing the same terms |
| 14:51:55 | 15 | because we don't know how it's going to come out, in some |
| 14:51:57 | 16 | ways, we waste a lot of space in the briefing. |
| 14:52:00 | 17 | THE COURT:  Yeah.  I think, Mr. Hipskind, what |
| 14:52:03 | 18 | works best for -- you know, I know that part of the reason |
| 14:52:08 | 19 | -- I would think part of the reason you want not to push |
| 14:52:12 | 20 | any of this stuff too far back is because of its impact on |
| 14:52:16 | 21 | when we'll -- I'll set the trial.  But given it sounds to |
| 14:52:22 | 22 | me like there are going to be three cases that I'm dealing |
| 14:52:26 | 23 | with -- and, Mr. Hipskind, where are the other cases |
| 14:52:34 | 24 | venued?  Are they in Waco or Austin? |
| 14:52:39 | 25 | MR. HIPSKIND:  All Western District cases are in |

| | | |
|---|---|---|
| 14:52:40 | 1 | Waco. |
| 14:52:41 | 2 | THE COURT:  Okay.  So hold on one second. |
| 14:53:16 | 3 | What we're going to do is, we'll get you today a |
| 14:53:18 | 4 | date in March.  And part of the reason I'm doing that, Mr. |
| 14:53:21 | 5 | Hipskind, I know you're concerned about pushing it back |
| 14:53:24 | 6 | even a month, but we're going to have to set three trials, |
| 14:53:27 | 7 | and so -- and I want to make sure that Dell doesn't -- it |
| 14:53:33 | 8 | isn't unfair to Dell when we set their trials. |
| 14:53:35 | 9 | So I'll have a better sense if we -- if we have |
| 14:53:40 | 10 | the Markman in March and we're doing other things, I will |
| 14:53:44 | 11 | have a better sense of how quickly I can set the series of |
| 14:53:49 | 12 | trials.  But I can assure you that we'll keep this on -- |
| 14:53:54 | 13 | you're not going to lose much time in terms of when we get |
| 14:53:58 | 14 | to trial on any of these in my court. |
| 14:54:01 | 15 | So we will get back -- is there anything else, |
| 14:54:04 | 16 | Mr. Newton, you wanted to take up? |
| 14:54:06 | 17 | MR. NEWTON:  No, your Honor. |
| 14:54:08 | 18 | THE COURT:  And, Mr. Hipskind, is there anything |
| 14:54:10 | 19 | else you wanted to take up? |
| 14:54:12 | 20 | MR. HIPSKIND:  Yes, your Honor.  I just wanted to |
| 14:54:13 | 21 | make sure I was clear on what was happening with the |
| 14:54:15 | 22 | Markman. |
| 14:54:16 | 23 | THE COURT:  Okay. |
| 14:54:17 | 24 | MR. HIPSKIND:  Is that going to be just a common |
| 14:54:18 | 25 | Markman between the Dell case and the Juniper case in |

14:54:22  1  March?

14:54:23  2        THE COURT:  I don't -- is there any reason why we

14:54:27  3  wouldn't make -- why we wouldn't have just one Markman --

14:54:31  4  is there enough -- I don't know enough off the top of my

14:54:34  5  head.

14:54:35  6        Is there sufficient overlap in the patents that

14:54:37  7  are asserted to make it -- to make sense that one Markman

14:54:41  8  that includes all of the defendants, or does it make sense

14:54:45  9  to keep them at least split up because of the difference

14:54:50  10  of patents that are asserted?  You'll have to help me with

14:54:52  11  that.

14:54:53  12        MR. HIPSKIND:  Yes, your Honor.

14:54:54  13        I think with respect to -- this is Dan Hipskind

14:54:59  14  still.  I think it makes sense to have Juniper and Dell

14:55:01  15  because we have three of the four asserted patents in the

14:55:04  16  Dell, also in the Juniper case.  But we have in my opinion

14:55:08  17  sufficient, you know, patents that are not overlapping

14:55:10  18  with Cisco to still move forward with that January 14th

14:55:17  19  Markman hearing.

14:55:19  20        THE COURT:  Mr. Newton, do you have any problem

14:55:20  21  with the Cisco Markman moving forward?  Do you have any

14:55:23  22  suggestions about that?

14:55:24  23        MR. NEWTON:  No, your Honor.

14:55:25  24        I think that is the right way because the overlap

14:55:27  25  is a little bit strange, and so, I still -- I think we

```
14:55:29   1   would benefit, and Juniper probably more than Dell, in
14:55:33   2   seeing what happens in the Cisco Markman.  And then, like
14:55:36   3   Mr. Hipskind said, there are three patents, four asserted
14:55:40   4   against Dell that overlap with Juniper.  And I think just
14:55:44   5   to give you the numbers, Cisco has six patents, Juniper
14:55:47   6   six patents, between those two, there's four patents
14:55:50   7   overlapping.  So it's kind of a weird mix, if you will.
14:55:53   8           THE COURT:  Okay.  So -- and I'm going to say
14:55:55   9   this and one of you scream if I screw this up.  Actually,
14:55:59  10   I think I've got it right.  It's been a long day.  The
14:56:04  11   Cisco Markman is set in January.  That's obviously set a
14:56:11  12   long time ago, and neither Mr. Hipskind nor Mr. Newton
14:56:14  13   have any issue with me maintaining the Cisco Markman on
14:56:17  14   whatever date it is in January.
14:56:19  15           The Juniper Markman is currently set in February.
14:56:23  16   We are going to move that back roughly three weeks or
14:56:26  17   more.  We'll get you a date in March.  And then, am I
14:56:30  18   hearing from -- and then, Mr. Newton, you're saying that
14:56:34  19   what we -- you're not inviting yourself to be part of that
14:56:37  20   Markman, are you?  You just want to see what was briefed
14:56:40  21   in it?  Or did you want to be part of that Markman, as
14:56:42  22   well?
14:56:43  23           MR. NEWTON:  No.  I don't want to be part of that
14:56:45  24   Markman.  I just want to see how you come out so I don't
14:56:48  25   rebrief terms --
```

| 14:56:49 | 1 | THE COURT:  Got it. |

14:56:49    1           THE COURT:  Got it.

14:56:50    2           MR. NEWTON:  -- you know, you've already come

14:56:50    3   out.  Or if I have to preserve some for appeal, I do it,

14:56:54    4   but I don't waste a lot of space.

14:56:56    5           THE COURT:  Perfect.

14:56:57    6           So I will move the Juniper back three weeks and

14:57:00    7   then, we need to set -- and we'll get a date.  We'll get a

14:57:03    8   new date for the Juniper that we'll get to you.  And then,

14:57:08    9   we've not given -- do you all have a suggestion for when

14:57:11   10   you would want the Dell Markman to take place, which month

14:57:15   11   it would be?

14:57:17   12           MR. NEWTON:  I was thinking like April 2nd.  So

14:57:19   13   I'd like to do the Juniper -- the Juniper Markman and Dell

14:57:22   14   together, but more like April 2nd, and the reason, that

14:57:24   15   would be moving Dell back three weeks, and it allows you

14:57:27   16   to move the opening briefs so it's due a week after the

14:57:30   17   Cisco Markman.  And so, the thinking there is, I see what

14:57:34   18   you do at the Cisco Markman with your tentative, but have

14:57:38   19   a good idea where you're coming out, then we have a week

14:57:40   20   to noodle on our brief and say, hey, let's drop X, Y and Z

14:57:44   21   terms and it's a lot more, I don't know, stratified or

14:57:48   22   simple as far as what we brief.

14:57:50   23           THE COURT:  So the Newton suggestion is April 2nd

14:57:53   24   for both the Juniper and the Dell Markman to take place?

14:57:57   25           MR. NEWTON:  That's correct.

| | | |
|---|---|---|
| 14:57:57 | 1 | THE COURT:  Okay.  Mr. Hipskind. |
| 14:58:00 | 2 | MR. HIPSKIND:  Your Honor, I don't have an |
| 14:58:02 | 3 | objection to that other than, you know, we'd like to move |
| 14:58:05 | 4 | as soon as we can. |
| 14:58:06 | 5 | THE COURT:  Okay.  Well, again, you can assume -- |
| 14:58:13 | 6 | and you all can assume that the trial and I'll -- you need |
| 14:58:19 | 7 | to make sure either to let Juniper know or we will -- I'm |
| 14:58:22 | 8 | not going to give you a trial date for either Juniper or |
| 14:58:25 | 9 | Dell right now.  But, you know, just more or less, it will |
| 14:58:30 | 10 | be sometime between April and June of the following year, |
| 14:58:37 | 11 | 2022.  So it's not going to im -- Mr. Hipskind, it's going |
| 14:58:42 | 12 | to impact it by no more than a month. |
| 14:58:46 | 13 | So the -- |
| 14:58:47 | 14 | MR. HIPSKIND:  Your Honor, to jump in, we |
| 14:58:49 | 15 | currently have a trial date in the Juniper case, so I |
| 14:58:54 | 16 | guess, can we keep it?  Or are you saying the next -- |
| 14:58:57 | 17 | THE COURT:  And I don't want to do this without |
| 14:59:01 | 18 | Juniper being involved, but when is the Juniper trial set? |
| 14:59:05 | 19 | MR. HIPSKIND:  February the 28th, 2022. |
| 14:59:08 | 20 | THE COURT:  I think there's -- I think there's a |
| 14:59:10 | 21 | possibility -- I'll have to look.  Well, let me say this. |
| 14:59:16 | 22 | Ordinarily this works out pretty well when I wing it like |
| 14:59:18 | 23 | I'm doing right now.  I don't -- let me just make sure -- |
| 14:59:25 | 24 | let me do this.  Let's reset this hearing for a week.  I |
| 14:59:32 | 25 | really do want to check with my law clerk.  I don't want |

| | | |
|---|---|---|
| 14:59:37 | 1 | to -- I can't move the Juniper date without impacting the |
| 14:59:42 | 2 | trial date.  And I don't know why we set a trial date in |
| 14:59:45 | 3 | February, if there's some reason or not. |
| 14:59:48 | 4 | So before I move the Juniper date, I understand |
| 14:59:52 | 5 | why it might benefit Dell, but it may not be possible for |
| 14:59:54 | 6 | me to move the Juniper Markman date because I want to give |
| 14:59:59 | 7 | Juniper a full year between Markman and trial.  So let me |
| 15:00:07 | 8 | -- why don't you all just stay on the line.  Let me go |
| 15:00:09 | 9 | check with my clerk and see why it is that we set the |
| 15:00:13 | 10 | February trial date for Juniper and whether I can move |
| 15:00:17 | 11 | that or not.  Just hold on one second. |
| 15:04:27 | 12 | Gentlemen, here's -- back on the record.  Here's |
| 15:04:29 | 13 | what we're going to do.  It occurs to me that were I |
| 15:04:34 | 14 | representing Juniper, I would not want to get a call |
| 15:04:37 | 15 | saying that my life was decided while I wasn't invited. |
| 15:04:41 | 16 | So what we're going to do, I've got a Markman, |
| 15:04:46 | 17 | unfortunately, tomorrow that will, I think, take all day |
| 15:04:49 | 18 | and I'm worried about setting a CMC.  So we'll reset this |
| 15:04:55 | 19 | hearing for Monday, Tuesday latest, but hopefully Monday, |
| 15:04:59 | 20 | and we'll include the lawyers for Juniper because I |
| 15:05:03 | 21 | understand now all the -- where all the moving parts are, |
| 15:05:07 | 22 | and I want Juniper's counsel to be as involved as anybody |
| 15:05:10 | 23 | else if we're affecting their litigation, as well. |
| 15:05:17 | 24 | But I appreciate having this hearing because I |
| 15:05:20 | 25 | understand what the issues are now.  And I think Dell's |

| | | |
|---|---|---|
| 15:05:24 | 1 | suggestion is probably well taken.  I want to make sure |
| 15:05:28 | 2 | that we're as efficient as possible. |
| 15:05:31 | 3 | So is there anything else that's burning that we |
| 15:05:35 | 4 | need to take, before I hang up, that you all would like to |
| 15:05:39 | 5 | discuss? |
| 15:05:41 | 6 | MR. HIPSKIND:  Your Honor, this is Dan Hipskind. |
| 15:05:43 | 7 | My -- I guess my question, given what we're |
| 15:05:47 | 8 | planning for next week, we have a proposed scheduling |
| 15:05:50 | 9 | order due in the Juniper case on Friday. |
| 15:05:54 | 10 | Should we hold off on that and I can convey to |
| 15:05:58 | 11 | opposing counsel on what we -- |
| 15:05:59 | 12 | THE COURT:  Yea. |
| 15:06:00 | 13 | MR. HIPSKIND:  -- revisiting the schedule next |
| 15:06:01 | 14 | week? |
| 15:06:02 | 15 | THE COURT:  Correct.  Please do.  Yes.  And that |
| 15:06:06 | 16 | they will be involved in that consideration. |
| 15:06:11 | 17 | You also are certainly free, or opposing counsel, |
| 15:06:14 | 18 | whoever is, is to explain to them, you know, we're trying |
| 15:06:18 | 19 | to jigger the schedule to best accommodate everybody.  And |
| 15:06:24 | 20 | I want to make sure that Juniper gets an input for what's |
| 15:06:31 | 21 | best for them. |
| 15:06:32 | 22 | MR. HIPSKIND:  Yes, your Honor.  Will do.  And I |
| 15:06:35 | 23 | have nothing else for the plaintiffs. |
| 15:06:36 | 24 | THE COURT:  Anything for Dell? |
| 15:06:38 | 25 | MR. NEWTON:  Nothing else, your Honor. |

```
15:06:39   1            THE COURT:  Okay.  Thank you so much.  Be safe
15:06:40   2   out there.
15:06:41   3            MR. NEWTON:  Thank you.  Bye.
15:06:42   4            MR. HIPSKIND:  Thank you, your Honor.
           5            (Proceedings concluded.)
           6
           7
           8
           9
          10
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

1                              *  *  *  *  *  *

2

3

4    UNITED STATES DISTRICT COURT  )

5    WESTERN DISTRICT OF TEXAS)

6

7       I, LILY I. REZNIK, Certified Realtime Reporter,

8    Registered Merit Reporter, in my capacity as Official

9    Court Reporter of the United States District Court,

10   Western District of Texas, do certify that the foregoing

11   is a correct transcript from the record of proceedings in

12   the above-entitled matter.

13      I certify that the transcript fees and format comply

14   with those prescribed by the Court and Judicial Conference

15   of the United States.

16      WITNESS MY OFFICIAL HAND this the 12th day of October,

17   2020.

18

19

20                              /s/Lily I. Reznik
                                LILY I. REZNIK, CRR, RMR
21                              Official Court Reporter
                                United States District Court
22                              Austin Division
                                501 W. 5th Street,
23                              Suite 4153
                                Austin, Texas 78701
24                              (512)391-8792
                                SOT Certification No. 4481
25                              Expires:  1-31-21