# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. and SABLE IP, LLC § § § Plaintiffs, § § v. § § DELL TECHNOLOGIES INC., DELL INC., § and EMC CORPORATION, § § Defendants. § § | CIVIL ACTION No. 6:20-cv-00569-ADA **JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER** |

The parties hereby move for the entry of a proposed Scheduling Order.

DATED: November 20, 2020                                     Respectfully submitted,

/s/ Daniel P. Hipskind

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for Sable Networks, Inc. and Sable IP, LLC*

By: */s/ Michael J. Newton*

Michael John Newton (TX. Bar No. 24003844)
Brady Cox (TX. Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Emily Chambers Welch (GA Bar No. 606071)
(*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street NE, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
emily.welch@alston.com

Lauren N. Griffin (NC Bar No. 54766)
(*pro hac vice*)
**ALSTON & BIRD LLP**
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Telephone: (704) 444-1000
lauren.griffin@alston.com

*Attorneys for Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 20, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Daniel P. Hipskind*
Daniel P. Hipskind
