IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. and<br>SABLE IP, LLC<br><br>           Plaintiffs,<br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC.,<br>and EMC CORPORATION,<br><br>           Defendants. | § § § § § § § § § § § § § |  CIVIL ACTION No. 6:20-cv-00569-ADA<br><br>**JOINT MOTION TO STAY ALL**<br>**DEADLINES AND NOTICE OF**<br>**SETTLEMENT** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Sable Networks, Inc. and Sable IP, LLC and Defendants Dell Technologies Inc.; Dell Inc.; and EMC Corporation (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that all matters related to the case between the parties have been resolved, in principle. The parties request that the Court stay all unreached case deadlines applicable between the Parties for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims between them in this action.

Dated:  January 4, 2021

Respectfully submitted,

/s/  *Daniel P. Hipskind*
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903)235-2833
Email: ederieux@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

*Attorneys for Sable Networks, Inc. and Sable IP, LLC*

By: /s/ *Brady Cox*

Michael John Newton (TX. Bar No. 24003844)
Brady Cox (TX. Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Emily Chambers Welch (GA Bar No. 606071)
(*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street NE, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000

emily.welch@alston.com

Lauren N. Griffin (NC Bar No. 54766)
(*pro hac vice*)
**ALSTON & BIRD LLP**
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Telephone: (704) 444-1000
lauren.griffin@alston.com

*Attorneys for Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on January 4, 2021 using the Court's CM/ECF system, which will send notice of such filing to all counsel of record who are deemed to have consented to electronic service.

 /s/ Daniel P. Hipskind
Daniel P. Hipskind